**ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

**v.**

\*    **Misc. Docket AG No. 35
September Term, 2021**

**JOHN ROBERT DISCAVAGE**

\*

\*    **(No. C-15-CV-21-000239,
Circuit Court for
Montgomery County)**

### O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, John Robert Discavage, to suspend the Respondent from the practice of law in Maryland for six months, stayed in favor of one year probation with terms, for violating Rule 1.1 (competence), Rule 1.4(a)(1), (a) (4) and (b) (communication), Rule 1.7 (conflict of interest – general rule), Rule 1.9(a) (duties to former clients), Rule 1.16(a)(1) (declining or terminating representation), Rule 8.4 (a) and (d) (misconduct) of the Maryland Lawyers' Rules of Professional Conduct, it is this 2nd day of June, 2022

**ORDERED**, by the Court of Appeals of Maryland, a majority concurring, that the Respondent, John Robert Discavage, be suspended for six months from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of one year of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Judge

Suzanne C. Johnson, Clerk